

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**

U.S. Courthouse
228 Walnut Street, RM. 1060
P.O. Box 983
Harrisburg, PA 17108-0983

MARY. E. D'ANDREA
Clerk of Court

OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106

March 5, 2001

FILED
HARRISBURG, PA

MAR 1 2 2001

MARY E. D'ANDREA, CLERK
Per _____
Deputy Clerk

RE: Etter vs. Shadday, et al.
Civil Action No. 1:CV-00-2147
USCA No. 01-1121

Dear Mr. Sisk:

Enclosed please find:

_____ One certified copy of the docket entries to be filed as the Certified List in Lieu of the Record.

_____ Actual Record with one certified copy and one uncertified copy of docket entries.

_____ One certified copy of docket entries to be filed as the Certified List in Lieu of the _____ Supplemental Record.

___x___ Actual __2nd__ Supplemental Record with one certified copy and one uncertified copy of docket entries.
DOCUMENTS 13, 14 and 16

Please acknowledge receipt for same on the enclosed duplicate copy of this letter and return to this office.

Sincerely,

MARY E. D'ANDREA, CLERK

*Jill Cordille*
Deputy Clerk

*Susan Acorn* 3/6/01